United States District Court
Southern District of Texas
**ENTERED**
July 30, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DEGLIN WERNER VASQUEZ MENDOZA, | § | |
| “Petitioner,” | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00729 |
| | § | |
| WARDEN OF THE PORT ISABEL ICE | § | |
| PROCESSING CENTER, *et al.*, | § | |
| “Respondents.” | § | |

**ORDER**

Before the Court are the Petitioner’s “Motion to Withdraw Complaint for Declaratory and Injunctive Relief” (“Motion to Withdraw Injunctive Relief”) (Dkt. No. 5) and “Motion to Withdraw Temporary Restraining Order Related to 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus” (“Motion to Withdraw TRO”) (Dkt. No. 6).

Upon reviewing Petitioner’s Motion to Withdraw Injunctive Relief (Dkt. No. 5) and Motion to Withdraw TRO (Dkt. No. 6), the Court hereby **GRANTS** Petitioner’s motions to withdraw (Dkt. Nos. 5 & 6).

SIGNED this July 30, 2026

Rolando Olvera
United States District Judge