**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

Deglin Werner Vasquez Mendoza,

Petitioner,

v.

Warden of the Port Isabel ICE Processing Center;

Miguel Vergara, in his official capacity as Director of Field Office Operations at the Laredo Field Office of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security;

Todd M. Lyons, in his official capacity as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security;

Markwayne Mullin, in his official capacity as Secretary, U.S. Department of Homeland Security; and

Todd Blanche, in his official capacity as acting Attorney General of the United States;

Respondents.

**Case No. 3:26-cv-00772-MHL**

**NOTICE OF VOLUNTARY DISMISSAL**

**SO ORDERED**

/s/

M. Hannah Lauck
Chief United States District Judge
**9/8/2026**

Petitioner Deglin Werner Vasquez Mendoza, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of the voluntary dismissal of the above-captioned action, without prejudice, and in support states as follows:

1. Petitioner initiated this action by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 in the United States District Court for the Southern District of Texas, Brownsville Division, styled Vasquez Mendoza v. Warden, Port Isabel ICE Processing Center, et al., No. 1:26-cv-00729.

2. While that action was pending, Respondents transferred the Petitioner out of the Southern District of Texas and returned him to the Commonwealth of Virginia. On July 30, 2026, the Southern District of Texas ordered the action transferred to this Court, and on August 4, 2026 it was assigned Case No. 3:26-cv-00772-MHL. The Southern District of Texas docket sheet reflecting the transfer is attached as Exhibit B.

3. Because the Petitioner had been returned to Virginia, Petitioner's counsel filed a new Petition for Writ of Habeas Corpus in the United States District Court for the Eastern District of Virginia, Alexandria Division, styled Vasquez Mendoza v. Crawford, et al., No. 1:26-cv-02326-AJT-LRV.

4. On August 10, 2026, the Honorable Anthony J. Trenga granted the Petition in No. 1:26-cv-02326-AJT-LRV, vacated Respondents' revocation of the Petitioner's Order of Supervision, ordered the Petitioner's immediate release from detention, and enjoined Respondents from re-detaining him absent compliance with the applicable regulations. Counsel's notice of electronic filing of that Order is attached as Exhibit A.

5. The relief sought by the Petitioner in this action has therefore already been granted in No. 1:26-cv-02326-AJT-LRV, and this action is now duplicative.

6. Respondents have not served an answer or a motion for summary judgment in this action. Petitioner is therefore entitled to dismiss this action without a court order under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

WHEREFORE, Petitioner respectfully gives notice that the above-captioned action, Case No. 3:26-cv-00772-MHL, is voluntarily DISMISSED without prejudice.

Respectfully submitted,
/s/ Christian A. Vega
Christian A. Vega, Esq.
The Law Offices of Robert K. Lacy PLLC
10560 Main Street, Suite 514
Fairfax, Virginia 22030
Tel.: (703) 385-1130 | Fax: (703) 385-1030
notices@rklacylaw.com
Counsel for Petitioner

/s/ Lauren O'Neal
Lauren O'Neal, Esq.
Virginia State Bar No. 91662
CMCO Law
18208 Preston Rd., Suite D9-319
Dallas, Texas 75252
Tel.: (252) 862-7241
Lluviano728@gmail.com
Counsel for Petitioner

Dated: September 2, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2026, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Lauren O'Neal
Lauren O'Neal, Esq.